UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61963-Civ-Cooke/Bandstra

JOHN D. BRYANT,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, John D. Bryant, gives notice that the parties have reached an informal settlement, which at present consist of only a verbal agreement between counsel. Plaintiff expects the agreement will be reduced to writing and executed by the parties allowing Plaintiff to file a voluntary dismissal with prejudice before Defendant's answer is due on May 3, 2010.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61963-Civ-Cooke/Bandstra

JOHN D. BRYANT,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 15, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. John H. Bedard, Jr.
Bedard Law Group, P.C.
Suite D
2810 Peachtree Industrial Boulevard
Duluth, GA 30097
Telephone: 678-253-1871
Facsimile: 678-253-1873

Via US Mail