UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61963-CIV-COOKE/BANDSTRA

JOHN D. BRYANT,

    *Plaintiff*,

v.

REDLINE RECOVERY SERVICES, LLC,

    *Defendant*.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

This matter is before me on the Plaintiff's Notice of Settlement [D.E. 7], filed April 15, 2010. Having carefully reviewed the record and being otherwise fully advised in the premises, I order as follows:

    1.    This case is administratively **CLOSED**, without prejudice to the parties to file a Stipulation for Final Order of Dismissal within twenty-one (21) days of the date of this Order. Upon the parties' filing of the Stipulation, I will enter an order dismissing the case with prejudice.

    2.    If the parties fail to complete the expected settlement, either party may request that I reopen this case.

    3.    The Clerk shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of April 2010.

*[signature]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*All Counsel of Record*